## Commonwealth *v.* Griffith, Appellant.

Argued December 10, 1971. *Jon J. Auritt*, with him *Schroeder, Jenkins & Raymond*, for appellant; *Vram Nedurian, Jr.*, Assistant District Attorney, with him *Ralph B. D'Iorio*, Assistant District Attorney, and *Stephen J. McEwen, Jr.*, District Attorney, for Commonwealth, appellee.

Appeal quashed.

HOFFMAN and CERCONE, JJ., would affirm the order of certification.